# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

George J. Gehron; Cheryl L. Gehron

V.

Best Reward Credit Union, formerly known as Vantage Federal Credit Union, formerly known as Reward One, formerly known as Best Employees Federal Credit Union; John J. Shirilla; CUMANET; Assured Lender Services, Inc.; MERS (Mortgage Electronic Registration Systems, Inc.)

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 10cv2051-IEG(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Defendants' Motion to Dismiss in their entirety and **DISMISSES WITH PREJUDICE** all counts in Plaintiffs' Amended Complaint. Court **DENIES AS MOOT** Defendants' Motion to Strike the Amended Complaint. Case is closed............................................................................

| March 15, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ J. Haslam |
| | (By) Deputy Clerk |
| | ENTERED ON March 15, 2011 |

10cv2051-IEG(BLM)